IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIO DIEGUEZ FRIAS,

    Plaintiff,

v.                                        CASE NO. 4:11cv138-RH/WCS

IMMIGRATION & CUSTOM
ENFORCEMENT,

    Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

    This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 13, and the objections, ECF No. 14. I have reviewed *de novo* the issues raised by the objections.

    The petitioner, who is in state custody on a state criminal charge, has obtained the only relief he sought in the petition—the cancellation of a detainer placed by the respondent Bureau of Immigration and Customs Enforcement. He now seeks different relief—in effect, an injunction requiring state correctional

authorities to change his classification and thus to change the petitioner's conditions of confinement. That is relief not available through a § 2241 petition or from the respondent. The report and recommendation correctly concludes that the petition is moot.

This order expresses no opinion on whether the petitioner would be entitled to relief from state correctional authorities or a court on a different basis. He plainly is not entitled to relief on this § 2241 petition against this respondent. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on July 18, 2011.

s/Robert L. Hinkle<br>United States District Judge